THOMAS MAY, EXECUTOR (ESTATE OF ELEANOR MAY) *v.* JOHN RETARIDES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 286 (AC 24337), is denied.

*Thomas J. Weihing,* in support of the petition.

*Ronald F. Bozelko,* in opposition.

Decided September 8, 2004

FRANK DASILVA ET AL. *v.* RICHARD J. BARONE, JR., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 83 Conn. App. 365 (AC 24379), is denied.

*Robert A. Fuller,* in support of the petition.

*Joseph M. Brophy,* in opposition.

Decided September 8, 2004

STATE OF CONNECTICUT *v.* DOUGLAS SPENCER

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 903 (AC 24407), is denied.

*Michael S. Hillis,* in support of the petition.

*Erik T. Lohr,* special deputy assistant state's attorney, in opposition.

Decided September 8, 2004